**Dennis L. PARKER, Plaintiff—Appellant,**

v.

## YUBA COUNTY WATER DISTRICT, Defendant—Appellee.

### No. 07–15648.

United States Court of Appeals, Ninth Circuit.

Jan. 28, 2009.

Joseph E. Maloney, Joseph E. Maloney, Attorney at Law, Auburn, CA, for Plaintiff–Appellant.

Robert Harry Greenfield, Greenfield Hardy, El Dorado Hills, CA, for Defendant–Appellee.

Before: SCHROEDER, D.W. NELSON and REINHARDT, Circuit Judges.

ed by 9th Cir. R. 36–3.

## ORDER

The Petition for Rehearing, or in the Alternative, Petition for Clarification is DENIED, no further petitions for rehearing will be accepted. A copy of the amended memorandum disposition is attached hereto and ordered filed.